## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Joe Wade-Taylor

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

**19 CV 3570**

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

United States part District Court, Southern OSSCU

(full name(s) of the defendant(s)/respondent(s))

2019 APR 22 PM 12: 23    RECEIVED SDNY PRO SE OFFICE

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes  ☑ No  (If "No," go to Question 2.)

   I am being held at: _____

   Do you receive any payment from this institution? ☑ Yes  ☐ No

   Monthly amount: $654 00

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☑ Yes  ☑ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: $54 00

   If "no," what was your last date of employment? 3/ 1997

   Gross monthly wages at the time: Extra $5400 10/00/00 and Hour's.

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☑ Yes  ☐ No
   (b) Rent payments, interest, or dividends  ☒ Yes  ☑ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments     ☑ Yes      ☐ No

(d) Disability or worker's compensation payments      ☑ Yes      ☐ No

(e) Gifts or inheritances      ☑ Yes      ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)      ☑ Yes      ☐ No

(g) Any other sources      ☑ Yes      ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.   How much money do you have in cash or in a checking, savings, or inmate account?

*Mounthly check $454.00*

5.   Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

*Security, Trust.*

6.   Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

*Storgs @ $4600*

7.   List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

*Un Expected. Economic. Aunitive Damage's crippling*

8.   Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*None In Feonomic From me' to' Admission*

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

4/22/200019
Dated

Signature _____
None, In Fector of Defendant

Name (Last, First, MI)      Prison Identification # (if incarcerated)

279. Butler St Brooklyn    NewYork    11217
Address    City    State    Zip Code

646-874-7565
Telephone Number

Joe Taylor 7566 gmail.com
E-mail Address (if available)

IFP Application, page 2

# Civil Court of the City of New York

COUNTY OF _Queens_

Small Claims _____ Part

Index No. _SCQ 50-2000_

JOE TAYLOR

Claimant(s) / Plaintiff(s),

against

ADVENT Product Development

Defendant(s),

## ORDER TO SHOW CAUSE

For _Judgement Changed Punitive Damages_

(Relief Requested)

**DENIED**

Upon the annexed Affidavit of _Joe Taylor_,
the above named Claimant(s)/Plaintiff(s)/Defendant(s), sworn to on _April 3, 2019_,
and upon all the papers and proceedings herein:

LET the Claimant(s)/Plaintiff(s)/Defendant(s) or the attorney(s) therefor show cause at:

**The Civil Court of the City of New York**
(Small Claims Part) (Special Term, Part I) (Commercial Claims Part)
QUEENS COUNTY CIVIL COURT

Located at:    89-17 SUTPHIN BLVD.
JAMAICA, NY 11435-3710

County of:

Room #307

on: _April 23, 2019_, at _2:00_ AM/PM,

or as soon thereafter as counsel may be heard, why an Order should not be made:

_Judgement Changed Punitive Damages_

and/or granting such other and further relief as may be just.

**DENIED**

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings in this action on the part of the Claimant(s)/Plaintiff(s)/Defendant(s), the attorney(s) and agents therefor and any Marshal or Sheriff of the City of New York for _____ be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintifs(s)/Defendant(s) or named attorney(s):
(Judge to Initial)
_____ by Personal Service by "In Hand Delivery"
_____ by Certified Mail, R. R. R.
__✓__ by First Class Mail with official
Post Office Certificate of Mailing
on or before _April 12, 2018_,

Sheriff or Marshal:
(Judge to Initial)
_____ by Personal Service by "In Hand Delivery"
_____ by Certified Mail, R. R. R.
_____ by First Class Mail with official
Post Office Certificate of Mailing
shall be deemed good and sufficient.

**DENIED**

PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause or in the Clerk's Office before the return date of this Order to Show Cause.

Attorney(s):
ADVENT Product Development
2 Pennsylvania Plz
NEW YORK NY 10121

_April 4 2019_
Date

Sheriff/Marshal:

_____

_____

_____

Denied

Judge, Civil Court

HON. LOURDES M VENTURA

CIV-GP-43 (Revised 11/91)

All Parties Must be Ready for Trial on the Motion Day